BLAIR C. PARKER, ESQ., NV Bar # 3222
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL:  702.893.3383
FAX: 702.893.3789
Blair.Parker@lewisbisbois.com
*Attorneys for Defendants Caesars Palace
LLC, Desert Palace LLC d/b/a Caesars
Palace, and Caesars Entertainment, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SEAN CHRISTOPHER MASCARENHAS, individually, | Case No. |
| Plaintiff, | **DEFENDANTS CAESARS PALACE LLC, DESERT PALACE LLC D/BA CAESARS PALACE AND CAESARS ENTERTAINMENT, INC.'S PETITION FOR REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1331, 1441(a) AND 1446** |
| vs. | |
| CAESARS PALACE, LLC, a Foreign Limited Liability Company; DESERT PALACE LLC d/b/a CAESARS PALACE, a Domestic Limited Liability Company; CAESARS ENTERTAINMENT, INC., a Foreign Corporation; DOES I through X, inclusive; ROE Corporations I through X, inclusive, | |
| Defendant. | **(FEDERAL QUESTION)** |

Pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446, Defendant CAESARS PALACE, LLC, a Foreign Limited Liability Company; DESERT PALACE LLC d/b/a CAESARS PALACE, a Domestic Limited Liability Company; and CAESARS ENTERTAINMENT, INC., a Foreign Corporation ("Defendants"), by and through their attorneys LEWIS BRISBOIS BISGAARD & SMITH LLP, hereby remove the above-entitled action filed by Plaintiff SEAN CHRISTOPHER MASCARENHAS ("Plaintiff"), currently pending before the Eighth Judicial District Court of the State of Nevada (Case No. A-25-928772-C), to the United States District Court for the District of Nevada.  Removal is appropriate because this Court has original subject matter jurisdiction over the

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

165392687.1

lawsuit under 28 U.S.C. §1331 (federal question).

Removal is based on the following grounds:

**STATE COURT ACTION**

1.      On September 22, 2025, Plaintiff filed her Complaint in the Eighth Judicial District Court, Clark County, State of Nevada, entitled <u>Sean Christopher Mascarenhas, individually vs. Caesars Palace LLC, a Foreign Limited Liability Company; Desert Palace LLC d/b/a Caesars Palace, a Domestic Limited Liability Company; Caesars Entertainment, Inc., a Foreign Corporation; Does I through X, inclusive; Roe Corporations I through X, inclusive,</u> Case No. A-25-928772-C ("State Court Action").  Pursuant to 28 U.S.C. § 1446(a), a copy of the Complaint ("State Court Complaint") is attached hereto and marked as **Exhibit A**.

2.      On October 1, 2025, Defendant was served with a copy of the Summons and Complaint by process server.  A true and correct copy of the Summons, Notice of Affidavit of Service and Affidavit of Service are attached hereto as **Exhibit B**.

3.      Removal of this action is timely pursuant to 28 U.S.C. §1446(b)(1) as Defendant is filing this Notice of Removal within thirty (30) days of the date of service on Defendant.

4.      28 U.S.C. §1441(a) provides in relevant part that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant…, to the district court of the United States for the district and division embracing the place where such action is pending."  **28 U.S.C. §1441(a)**.

5.      Clark County, Nevada is situated in the District of Nevada and therefore this Court is the appropriate forum to entertain this Notice of Removal.

6.      Removal is appropriate under this Court's original federal jurisdiction and supplemental jurisdiction as set forth in 28 U.S.C §§ 1331 and 1367, respectively.  In the State Court Complaint, Plaintiff has asserted claims arising under the laws of the United States.  The State Court Complaint pleads the following causes of action: (1) "Violation of Title II of the Civil Rights Act of 1964 – 42 U.S.C. §2000a" ; (2) "Equal Right to Contract - 42 U.S.C. § 1981; (3) "Deprivation of Civil Rights – 42 U.S.C. § 1983";  (4) Discrimination in Public Accommodations – NRS 651.070 & 651.075"; (5) "Negligent Hiring, Training and Supervision – NRS 41.130"; (6) "Intentional

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

Infliction of Emotional Distress – Nevada Common Law" (7) "Deceptive Trade Practices – NRS 598.0915"; (8) "Wrongful Enforcement of Trespass Statutes – NRS 207.200". This Court has original jurisdiction over Plaintiff's claims one (1) through three (3) above, which are all laws of the United States. **28 U.S.C. § 1331**. This court has supplemental jurisdiction over Plaintiff's state law claims numbered four (4) through eight (8) above, because such claims are so related to the federal claims in the action over which the Court has original jurisdiction that they form part of the same case or controversy. **28 U.S.C. § 1367**.

7. Caesars Palace LLC, a Foreign Limited Liability Company; Desert Palace LLC d/b/a Caesars Palace, a Domestic Limited Liability Company; Caesars Entertainment, Inc., a Foreign Corporation are the only named Defendants in this case and are the only Defendants to have been served. Accordingly, the requirement set forth in 28 U.S.C. § 1446(b)(2)(A) regarding consent to removal by all defendants is satisfied.

8. Pursuant to 28 U.S.C. §1446(d), Defendants are providing written notice to Plaintiff, and are filing a copy of this Notice of Removal with the Clerk of the Eighth Judicial District Court of the State of Nevada.

9. Pursuant to 28 U.S.C. §1446(a), Defendants are filing this Notice of Removal with copies of all process, pleadings, orders and other papers or exhibits served on Defendants in the State court action. <u>See</u> **Exhibits A and B.** Other than these pleadings, no proceedings have taken place in the Eighth Judicial District Court, Clark County, Nevada.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

## RELIEF REQUESTED

10.    Based on the foregoing, Defendant removes this action, Case No. A-25-928772-C, from the Eighth Judicial District Court of the State of Nevada, Clark County to the United States District Court for the District of Nevada and requests that this Court assume jurisdiction over this matter and issue such further orders and processes as may be necessary to bring before it all parties necessary for the trial of this action.

DATED this 22nd day of October, 2025.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Blair C. Parker
Blair C. Parker, Esq.
Attorneys for Defendants

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

165392687.1                                    4

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of Lewis Brisbois Bisgaard & Smith LLP and that on this 22nd day of October, 2025, a true copy of **DEFENDANTS CAESARS PALACE LLC, DESERT PALACE LLC D/BA CAESARS PALACE AND CAESARS ENTERTAINMENT, INC.'S PETITION FOR REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1331, 1441(a) AND 1446** with the Clerk of the court through Case Management/Electronic Filing System and placed the foregoing in the United States Mail, with first class postage prepaid thereon, and addressed as follows:

Sean Christopher Mascarenhas
43 E. Agate Ave., Unit 302
Las Vegas, NV 89123
Tel:    (725)294-9719
Email: seanmase2024@gmail.com
*Pro Se Plaintiff*

By _/s/ Billi Montijo_
    An Employee of
    LEWIS BRISBOIS BISGAARD & SMITH LLP

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

165392687.1

5

**INDEX OF EXHIBITS**

| Exhibit A | Complaint |
|---|---|
| Exhibit B | Summons, Notice of Affidavit of Service and Affidavit of Service filed by Plaintiff |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

165392687.1

6